# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN ANDESCAVAGE,<br><br>               Plaintiff,<br><br>    v.<br><br>QEP RESOURCES, INC., TIMOTHY J.<br>CUTT, PHILLIPS S. BAKER, JR., JULIE A.<br>DILL, JOSEPH N. JAGGERS, MICHAEL J.<br>MINAROVIC, MARY SHAFER-MALICKI,<br>BARTH E. WHITHAM, DIAMONDBACK<br>ENERGY, INC., and BOHEMIA MERGER<br>SUB, INC.,<br><br>            Defendants. | )<br>)<br>)<br>)  Case No. 1:21-cv-00096-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have

filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 31, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*

Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*